## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

IN RE:  Dana R Hardy Mohammed           )    Chapter 13
       Riccardo Mohammed             )    Case No. 19 B 00989
       Debtor(s)                              )    Judge LaShonda A. Hunt

## Notice of Motion

Dana R Hardy Mohammed  
Riccardo Mohammed  
62 Frances Lane  
Chicago Heights, IL 60411

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On April 29, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, April 16, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 01/14/2019.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

4. The debtor(s) have failed to resolve the pending objection(s) to the plan.

5. The Debtors have failed to amend schedule I to list the correct income amount.

6. The Debtors have failed to explain why the plan payment step up in month 10.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE