UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re: ) Case No: __19-00989__

__Dana Hardy Mohammed__ )
) Chapter 13
)
Debtor(s). ) Judge: __Hunt__

### CERTIFICATE OF COMPLIANCE

The Debtor, __Dana Hendy-Mohammed__, in the above captioned case, under penalty of perjury, states as follows:

1. Check One:

   ☑ A. Since the filing of this bankruptcy case, I have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A).
   
   OR
   
   ☐ B. I have paid all amounts that first became due and payable after the filing of this bankruptcy case, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

2. I have filed all State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

By signing this statement I declare under penalty of perjury that all of the information contained herein is true and accurate, and acknowledge that the Court may rely on the truth of this statement in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Signed: __Dana Hardy-Mohammed__   Date: __4/13/19__
Debtor

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-6022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re: ) Case No: 19-00989
Riccardo Mohommed ) Chapter 13
) Judge: Hunt
Debtor(s). )

### CERTIFICATE OF COMPLIANCE

The Debtor, Riccardo Mohammed, in the above captioned case, under penalty of perjury, states as follows:

1. Check One:

   [X] A. Since the filing of this bankruptcy case, I have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation as defined in 11 U.S.C. §101 (14A).
   
   OR
   
   [ ] B. I have paid all amounts that first became due and payable after the filing of this bankruptcy case, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

2. I have filed all State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

By signing this statement I declare under penalty of perjury that all of the information contained herein is true and accurate, and acknowledge that the Court may rely on the truth of this statement in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Signed: /s/ Riccardo Mohammed    Date: 4/12/19
Debtor

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-6022