# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Dana R Hardy Mohammed | ) | Chapter 13 |
| Riccardo Mohammed | ) | Case No. 19 B 00989 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Dana R Hardy Mohammed
Riccardo Mohammed
62 Frances Lane
Chicago Heights, IL 60411

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On August 12, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, July 16, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On January 14, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 13, 2019, for a term of 36 months with payments of $450.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 6 | $2,700.00 | $1,350.00 | $1,350.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 07/15/2019
Due Each Month: $450.00
Next Pymt Due: 08/13/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 03/08/2019 | 208419350964 | $450.00 | 03/25/2019 | 1037625 | $450.00 |
| 05/06/2019 | 1101548709 | $450.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE